AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

**FILED**

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

2009 APR -8 I A 11: 49

UNITED STATES OF AMERICA

JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)

CASE NUMBER: 3:96-cr-129-J-20HTS
USM NUMBER: 19514-018

v.

CREST STEWART

Defendant's Attorney: Jarahn M. Newman (ret)

## THE DEFENDANT:

__X__ admitted guilt to violation of charge numbers _1, 4, 9, 10_ of the term of supervision.

__X__ was found in violation of charge numbers _2, 3, 5, 6, 7, 8, 11_ after denial of guilt.

| **Violation Charge Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|

## SEE ATTACHED SHEETS

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s)_____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: April 8, 2009

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

DATE: April 8, 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 48 months.

\_\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_\_ The defendant shall surrender to the United States Marshal for this district:

\_\_\_\_ at _____ a.m.   p.m.   on _____.

\_\_\_\_ as notified by the United States Marshal.

\_\_\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

\_\_\_\_ before 2 p.m. on _____.

\_\_\_\_ as notified by the United States Marshal.

\_\_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

1. **Untruthful written monthly reports in violation of Condition 2 of the Standard Conditions of Supervision:** On November 2, 2007, the defendant submitted a monthly report for the month of October 2007 which contained untruthful information that he did not purchase anything valued at $500.00 or higher. In truth and fact, according to the Department of Motor Vehicle Records, he purchased an Xtreme Motorcycle for $500.00 on October 23, 2007.

2. **Travel outside the district without permission in violation of Condition 1 of the Standard Conditions of Supervision:** On January 12, 2008 through January 14, 2008, the defendant traveled to the Jupiter, Florida and Miami, Florida, outside the Middle District of Florida, without the permission of his probation officer.

3. **Travel outside the district without permission in violation of Condition 1 of the Standard Conditions of Supervision:** On January 27, 2008, the defendant was in Miami Lakes, Florida, outside the Middle District of Florida, without the permission of his probation officer.

4. **Travel outside the district without permission in violation of Condition 1 of the Standard Conditions of Supervision:** On February 13, 2008 through February 15, 2008, the defendant traveled to the Jupiter, Florida and Miami-Hialeah, Florida, outside the Middle District of Florida, without the permission of his probation officer.

5. **Untruthful written monthly reports in violation of Condition 2 of the Standard Conditions of Supervision:** On March 31, 2008 and May 1, 2008, the defendant submitted a monthly report for the month of March 2008 and April 2008 which contained untruthful information that his monthly expenses were $189.00 for March 2008 and $209.00 for April 2008. In truth and fact, he spent and additional $919.00 at Edwards Ornamental Iron Works and $574.59 at Best Alterations Cleaner during March 2008. During April 2008, he spent an additional $859.00 on an Avis Rental car contract and $900.00 at Edwards Ornamental Iron Works during April 2008. The defendant also failed to report that he operated three rented vehicles during March and April 2008 on his monthly supervision reports for March and April 2008.

6. **Untruthful written monthly reports in violation of Condition 2 of the Standard Conditions of Supervision:** On June 2, 2008, the defendant submitted a monthly report for the month of May 2008 which contained untruthful information that his monthly expenses were $200.00 and that the only vehicle he drove was a red 1995 Ford Explorer. In truth and fact, on May 23, 2008, the defendant rented a Black Hyundai Sante Fe from Avis for $421.40. He returned this vehicle on May 27, 2008, after he drove 939 miles.

7. **Failure to answer truthfully in violation of Condition 3 of the Standard Conditions of Supervision:** On June 2, 2008, the defendant failed to answer truthfully an inquiry from the probation officer. The defendant reported that he did not have a credit card when in truth and fact the defendant knew he had an active Wachovia Credit Card.

8.  **Untruthful written monthly reports in violation of Condition 2 of the Standard Conditions of Supervision:** On August 4, 2008, the defendant submitted a monthly report for the month of July 2008 which contained untruthful information that his monthly expenses were $180.00 and that the only vehicle he drove was a red 1995 Ford Explorer. In truth and fact, on July 11, 2008, the defendant entered into a contract with Enterprise Leasing which expired on July 28, 2008. During this contract he operated three different vehicles and traveled a total of 1,056 miles. Enterprise Leasing charged his credit card $588.57.

9.  **New criminal conduct, Reckless Driving, Willful or Wanton Disregard for Safety, Introducing Contraband into a Detention Facility and Possession of Cocaine, occurring on November 5, 2008, at 1:07 a.m., while on supervision in violation of the conditions of supervision:** On November 5, 2008, at 1:07 a.m., the defendant was observed operating a vehicle at a rate of 91 m.p.h in a 45 m.p.h. speed zone. He was subsequently arrested by a deputy of the Jacksonville Sheriff's Office, for Reckless Driving, Willful or Wanton Disregard for Safety. During a subsequent search of the defendant's person while he was being booked in Duval County, a small bag of Cocaine was found inside his shoe.

10. **Failure to notify the probation officer within seventy-two hours after being arrested or questioned by a law enforcement officer in violation of Condition 11 of the Standard Conditions of Supervision:** On or before November 8, 2008, the defendant failed to notify his probation officer that on November 5, 2008, he was arrested by officers of the Jacksonville Sheriff's Office for the offense of Reckless Driving, Introduction of Contraband into a Detention Facility and Possession of Cocaine.

11. **Untruthful written monthly reports in violation of Condition 2 of the Standard Conditions of Supervision:** On December 5, 2008, the defendant submitted a monthly report for the month of November 2008 which contained untruthful information that his monthly expenses were $337.00 and that the only vehicle he drove was a red 1995 Ford Explorer. In truth and fact, on October 31, 2008, the defendant rented a Silver Mazda from Enterprise Leasing for $76.59. He returned this vehicle on November 3, 2008, after he drove 174 miles. He was the only authorized driver on this contract.